IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:11cv937-MHT |
| | ) | (WO) |
| ONE PARCEL OF PROPERTY | ) | |
| LOCATED AT 9607 LEE ROAD | ) | |
| 72, WAVERLY, LEE COUNTY, | ) | |
| ALABAMA, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| IMPROVEMENTS THEREON, | ) | |
| (Tax Map No. | ) | |
| 43-06-07-26-0-000-026.002), | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ONE PARCEL OF PROPERTY | ) | |
| LOCATED AT 8895 LEE ROAD | ) | |
| 72, WAVERLY, LEE COUNTY, | ) | |
| ALABAMA, WITH ALL | ) | |
| APPURTENANCES AND | ) | |
| IMPROVEMENTS THEREON, | ) | |
| (Tax Map No. | ) | |
| 43-06-07-25-0-000-014.001), | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED as follows:

    **(1) The motion to set aside (doc. no. 137) is granted.**

    **(2) The judgment (doc. no. 127) is set aside and vacated.**

    **DONE, this the 19th day of March, 2014.**

                                          /s/ Myron H. Thompson  
                                        **UNITED STATES DISTRICT JUDGE**