IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )         3:11cv937-MHT
                             )            (WO)
ONE PARCEL OF PROPERTY       )
LOCATED AT 8895 LEE ROAD     )
72, WAVERLY, LEE COUNTY,     )
ALABAMA, WITH ALL            )
APPURTENANCES AND            )
IMPROVEMENTS THEREON,        )
(Tax Map No.                 )
43-06-07-25-0-000-014.001),  )
                             )
     Defendant.              )

## JUDGMENT

Based upon plaintiff United States of America's motion for approval of stipulation for compromise settlement between plaintiff United States and claimants Charlie Mae Parker, Tazzar Nelms, Yolanda Zellers and Broderick Zellers, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motion (doc. no. 170) is granted.

(2) The stipulation for compromise settlement (doc. no. 170) is approved.

(3) The parties are each to bear their own costs, other than as stated in the stipulation for compromise settlement.

(4) Plaintiff United States shall file a motion for final order of forfeiture upon payment consistent with the stipulation of compromise settlement.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of October, 2014.

   /s/ Myron H. Thompson   
UNITED STATES DISTRICT JUDGE